

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROY G. CLARKE, | § | No. 08-23-00310-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | County Court at Law No. 3 |
| THE FROST NATIONAL BANK, | | |
| | § | of Bexar County, Texas |
| Appellee. | | |
| | § | (TC# 318797) |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's Order Granting Motion to Revive Dormant Judgment, and Order that it be denied without prejudice. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JUNE 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.